# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150020(20)(21)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

GEORGE MICHAEL GRESHAM,
          Defendant-Appellant.

SC: 150020
COA: 321553
Kent CC: 09-001515-FC

_____/

     On order of the Court, the motion to stay proceedings and hold motion in abeyance is DENIED. The motion for reconsideration of this Court's May 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2015



Clerk

a0831